IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01207-MEH

CHRISTINE JO CARSTENSEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on April 14, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED. It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Christine Jo Carstensen, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.

DATED at Denver, Colorado this 15th day of April, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

          s/S. Libid
          S. Libid, Deputy Clerk